# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 15-21264-Civ-COOKE/TORRES

JUSTIN MARK BOISE individually and
on behalf of all others similarly situated,

     Plaintiff,

vs.

ACE USA, INC.,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING
## CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before me on the Plaintiff's Notice of Pending Settlement (ECF No. 8). The parties have amicably resolved this matter. Accordingly, this case will now be administratively closed pending the Plaintiff filing a notice of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), or the parties filing a stipulation of dismissal, pursuant to Rule 41(a)(1)(A)(ii). In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Plaintiff shall file its notice of dismissal and motion for preliminary approval of class settlement within thirty (30) days of this Order. The Clerk shall ***administratively* CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, Miami, Florida, this 30th day of December 2016.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*

*Counsel of record*