**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No. 15-21264-Civ-COOKE/TORRES**

| | |
|---|---|
| JUSTIN MARK BOISE, individually and on behalf of all others similarly situated | )<br>)<br>) |
| v. | )<br>) |
| ACE AMERICAN INSURANCE COMPANY and ACE USA, INC. | )<br>) |

**PLAINTIFF'S NOTICE OF CORRECTION OF DOCUMENT NO. 71-5**

Plaintiff hereby notifies the Court that Document 71-5, Exhibit D to Appendix 1 of Plaintiff's unopposed Motion for Preliminary Approval of Class Action Settlement is incorrect. The correct document, Exhibit D, is attached hereto for supplementation.

*Via Certified Mail #7011-2000-0001-1177-8620*
*and E-Mail*
Matthew D. Ingber
mingber@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Phone (212) 506-2373
Fax (212) 262-1910
*Attorney for Defendants*

Respectfully submitted,

    /s/  *Benjamin H. Crumley*
Benjamin H. Crumley, Esq.
Florida Bar No. 18284
CRUMLEY & WOLFE, PA
2254 Riverside Avenue
Jacksonville, Florida 32204
Telephone (904) 374-0111
Facsimile (904) 374-0113

HUGHES ELLZEY, LLP
W. Craft Hughes*
Texas Bar No. 24046123
Jarrett L. Ellzey*
Texas Bar No. 24046123
2700 Post Oak Blvd., Suite 1120
Houston, TX 77056
Telephone (888) 350-3931
Facsimile (888) 335-9995
craft@hughesellzey.com
jarrett@hughesellzey.com

*ced*Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, the foregoing document was filed with the CM/ECF system, which automatically served a copy of the same upon all parties. I further certify that a file-stamped copy of the foregoing document was sent to defendants' counsel via ecf.

                                                  */s/ Benjamin H. Crumley*
                                                  Benjamin H. Crumley