**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 15-21264-Civ-COOKE/TORRES

| | |
|---|---|
| JUSTIN MARK BOISE, individually and on behalf of all others similarly situated | ) ) ) |
| v. | ) ) |
| ACE AMERICAN INSURANCE COMPANY and ACE USA, INC. | ) ) ) |

**PLAINTIFF'S MOTION TO SUPPLEMENT OF DOCUMENT NO. 71-1**

Plaintiff hereby moves to supplement Document 71-1 of Plaintiff's unopposed Motion for Preliminary Approval of Class Action Settlement. Attached hereto as Exhibit 1 and Exhibit 2 are signature pages to the Settlement Agreement, Appendix 1, executed by Defendant ACE American Insurance Company and its counsel, Archis Parasharami, respectively.

WHEREFORE, Plaintiff Justin Mark Boise respectfully requests the Court supplement Exhibits 1 and 2 to Plaintiff's Motion for Preliminary Approval of Class Action Settlement Appendix 1 (Doc. 71-1), and grant Plaintiff any additional relief to which he may be entitled.

Respectfully submitted,

      /s/  Benjamin H. Crumley
Benjamin H. Crumley, Esq.
Florida Bar No. 18284
CRUMLEY & WOLFE, PA
2254 Riverside Avenue
Jacksonville, Florida 32204
Telephone (904) 374-0111
Facsimile (904) 374-0113

HUGHES ELLZEY, LLP
W. Craft Hughes*
Texas Bar No. 24046123
Jarrett L. Ellzey*
Texas Bar No. 24046123
2700 Post Oak Blvd., Suite 1120
Houston, TX 77056
Telephone (888) 350-3931
Facsimile (888) 335-9995
craft@hughesellzey.com
jarrett@hughesellzey.com

**Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2017, the foregoing document was filed with the CM/ECF system, which automatically served a copy of the same upon all parties. I further certify that a file-stamped copy of the foregoing document was sent to defendants' counsel via ecf.

                                                              /s/ *Benjamin H. Crumley*
                                                              Benjamin H. Crumley