IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 15-CIV-21264-COOKE/TORRES**

JUSTIN MARK BOISE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY, and ACE USA, INC.,

Defendants.

**JOINT STIPULATION AND [PROPOSED] ORDER**
**REVISING SETTLEMENT SCHEDULING ORDER**

Plaintiff Justin Mark Boise and Defendant Ace American Insurance Company ("AAIC" or "Defendant," together with the Plaintiff, the "Parties"), jointly stipulate to revise Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 71) (the "Unopposed Motion"), filed on January 27, 2017, and Order Granting Preliminary Approval of Stipulation and Agreement of Settlement, Conditional Class Certification, Notice to Settlement Class Members and Entry of Scheduling Order (ECF No. 77) (the "Scheduling Order"), entered on April 26, 2017.

**WHEREAS**, Section II.D. of the Unopposed Motion stated that notice of the Settlement[1] would be published in the *USA Weekend* publication, but *USA Weekend* no longer exists;

[1] Terms capitalized but not defined here take the definitions given to them in the Unopposed Motion and Scheduling Order.

**WHEREAS**, Section 7.03 of Exhibit A to the Unopposed Motion states that Publication Notice "shall be sized for one-quarter page ad in each publication," but *People Magazine* does not offer one-quarter page-sized advertisements;

**WHEREAS**, the Scheduling Order established that the deadline to mail and publish Class Notice is 60 days from the entry of the Scheduling Order and falls on Sunday, June 25, 2017, and not on a weekday;

**WHEREAS**, the Scheduling Order, which established relevant deadlines in executing the Parties' settlement, set out that Objection/Exclusion deadline is 120 days after entry of the Scheduling Order, or August 24, 2017;

**WHEREAS**, the Scheduling Order also set out that Class Counsel shall file and serve (i) a motion for Final Approval; (ii) any application for Attorneys' Fees and Costs; and (iii) any application for an Incentive Award to the Class Representative fourteen days prior to the Final Approval Hearing, or September 20, 2017; and

**WHEREAS**, the Scheduling Order therefore requires potential Class Members to object to the Settlement prior to assessing any application for Attorneys' Fees and Costs and any application for an Incentive Award to the Class Representative.

Having found that the Parties, by, between, and among their respective counsel, have stipulated and agreed to the terms set forth herein, and good case having been shown,

**IT IS ORDERED** that the existing Scheduling Order in this case is modified, as follows:

| Deadlines | Initial Deadline | Parties' Proposed Deadline |
|---|---|---|
| Class Notice Mailed and Published | 60 days after entry of Scheduling Order (Sunday June 25, 2017) | Friday, June 23, 2017 |
| Application for Attorneys' Fees and Costs | September 20, 2017 | August 3, 2017 |

| | | |
|---|---|---|
| Application for an Incentive Award to the Class Representative | September 20, 2017 | August 3, 2017 |
| Objection/Exclusion Deadline | 120 days after entry of Scheduling Order (August 24, 2017) | Unchanged |
| Motion for Final Approval | September 20, 2017 | Unchanged |
| Final Approval Hearing | October 4, 2017 at 10:00 a.m. | Unchanged |

**IT IS FURTHER ORDERED** that the Class Notice may be published in *USA Today* instead of in *USA Weekend*.

**IT IS ALSO FURTHER ORDERED** that one-half page-sized Class Notice may be published in *People Magazine*.

Dated: May 24, 2017

/s/ Archis A. Parasharami
Marlin K. Green, Esq.
BROWN SIMS
9130 South Dadeland Blvd.
Suite 1600
Miami, Florida 33156
Tel: (305) 274-5507
Fax: (305) 274-5517
mgreen@brownsims.com

Matthew D. Ingber (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
Fax: (212) 262-1910
mingber@mayerbrown.com

Archis A. Parasharami (*pro hac vice*)
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Tel: (202) 263-3000
Fax: (202) 263-3300
aparasharami@mayerbrown.com

*Attorneys for Defendant ACE American Insurance Company*

/s/ W. Craft Hughes
Benjamin H. Crumley, Esq.
Florida Bar No. 18284
CRUMLEY & WOLFE, PA
2554 Riverside Avenue
Jacksonville, Florida 32204
Telephone (904) 374-0111
Facsimile (904) 374-0113

Jarrett L. Ellzey
William Craft Hughes
Hughes Ellzey, LLP
2700 Post Oak Blvd. Suite 1120
Houston, TX 77056
(888) 350-3931
jarret@hughesellzey.com
craft@hughesellzey.com

*Attorneys for Plaintiff Justin Mark Boise*

**ORDER**

IT IS SO ORDERED.

DATED: ______________________ ______________________________________

THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE