UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-21264-COOKE/TORRES

JUSTIN MARK BOISE, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

ACE AMERICAN INSURANCE
COMPANY, and ACE USA, INC.,

      Defendant.

_____/

## ORDER REVISING SETTLEMENT SCHEDULING ORDER AND PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

THIS MATTER is before me on the Parties' Joint Stipulation to Revise the Settlement Scheduling Order and Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement ("Joint Stipulation") (ECF No. 81). Having reviewed the Parties' Joint Stipulation and being otherwise advised on the premises, it is hereby **ORDERED and ADJUDGED** that the Order Granting Preliminary Approval of Stipulation and Agreement of Settlement, Conditional Class Certification, Notice to Settlement Class Members and Entry of Scheduling Order ("Scheduling Order") (ECF No. 77), entered April 26, 2017, is modified as follows:

| Deadlines | Initial Deadline | Revised Deadline |
|---|---|---|
| Class Notice Mailed and Published | 60 days after entry of Scheduling Order (Sunday, June 25, 2017) | Friday, June 23, 2017 |
| Application for Attorneys' Fees and Costs | September 20, 2017 | August 3, 2017 |
| Application for an Incentive Award to the Class Representative | September 20, 2017 | August 3, 2017 |
| Objection/Exclusion Deadline | 120 days after entry of Scheduling Order (August 24, 2017) | Unchanged |
| Motion for Final Approval | September 20, 2017 | Unchanged |
| Final Approval Hearing | October 4, 2017 at 10:00 a.m. | Unchanged |

It is **FURTHER ORDERED** that the Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 71), filed on January 27, 2017, be modified as follows:

1. The Class Notice may be published in *USA Today* instead of *USA Weekend*.
2. One-half page-sized Publication Notice, instead of a one-quarter page-sized Publication Notice, may be published in *People Magazine*.

**DONE and ORDERED** in chambers in Miami, Florida this day of 19th day of June 2017.

*(signature)*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*